UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN GOLDMAN,

                        Plaintiff,

            -against-

TEGNA INC., ET AL.,

                        Defendants.

26-CV-775 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

On February 26, 2026, Plaintiff, who appears *pro se*, filed a notice of voluntary dismissal

under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (ECF 4.)

This action is therefore dismissed under Rule 41(a) of the Federal Rules of Civil

Procedure.[1] The Court directs the Clerk of Court to close this action.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would

not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an

appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    March 3, 2026
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge

---

[1] A voluntary dismissal under this rule is usually without prejudice. Fed. R. Civ. P. 41(a)(1)(B). "But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits." *Id.*